.

Chase Card  
Att: Managing Officer/Agent  
Po Box 15298  
Wilmington, DE 19850

Sca Collections Greenv  
Att: Managing Officer/Agent  
300 E Arlington Bd  
Greenville, NC 27858

Comenity Bank/buckle  
Att: Managing Officer/Agent  
Po Box 182789  
Columbus, OH 43218

The Bureaus Inc  
Att: Managing Officer/Agent  
1717 Central St  
Evanston, IL 60201

Comenitybank/victoria  
Att: Managing Officer/Agent  
Po Box 182789  
Columbus, OH 43218

Wakefield & Associates  
Att: Managing Officer/Agent  
Po Box 50250  
Knoxville, TN 37950

Credit One Bank Na  
Att: Managing Officer/Agent  
Po Box 98875  
Las Vegas, NV 89193

Home Point Financial  
Att: Managing Officer/Agent  
PO Box 790309  
Saint Louis, MO 63179-0309

Hutchens Law Firm  
Att: Managing Officer/Agent  
4317 Ramsey Street  
Fayetteville, NC 28311

Internal Revenue Service  
Att: Managing Officer/Agent  
PO Box 7346  
Philadelphia, PA 19101-7346

NC Department of Revenue  
Att: Managing Officer/Agent  
PO Box 871  
Raleigh, NC 27604

Onslow County Tax Office  
Att: Managing Officer/Agent  
39 Tallman Street  
Jacksonville, NC 28540